TOPKEN et al., Respondents, v. STARIN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Melchior P. Topken and another against John H. Starin and another. E. L. Mooney, for appellants. D. P. Hays, for respondents. Judgment and order affirmed, with costs. Order filed.

TRAUB–DITTMAR CONST. CO., Respondent, v. HARTMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by the Traub-Dittmar Construction Company against Herman Hartman and others. J. R. Halsey, for appellants. W. L. Rumsey, for respondent. No opinion. Judgment (61 Misc. Rep. 173, 112 N. Y. Supp. 919) affirmed, with costs. Order filed.

TRAVIS, Appellant, v. McMORRIS, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Eugene M. Travis against Wellington B. McMorris. No opinion. Judgment and order affirmed, with costs.

TURNER, Appellant, v. OLIVER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Clara Turner against William A. Oliver and another. No opinion. Judgment and order affirmed, with costs.

ULMAN, Respondent, v. DALY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Nathan Ulman against Barney Daly. No opinion. Judgment of the Municipal Court affirmed, with costs.

UNITED BUILDING MATERIAL CO. v. SCHWARTZSCHILD & SULZBERGER CO. et al. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Appeal from Special Term, New York County. Action by the United Building Material Company against the Schwartzschild & Sulzberger Company and others. From an order denying a motion to vacate an order for examination of a party before trial, defendants appeal. Reversed. H. A. Levinson, for appellants. F. N. Watriss, for respondent.

PER CURIAM. The order appealed from should be reversed, without costs, and the order for the examination of the defendants modified, by striking therefrom subdivisions 8 and 9, as to the matters upon which the defendants are required to be examined.

VALENTINE, Appellant, v. MUIR, Respondent. (Supreme Court, Appellate Division, First Department, May 28, 1909.) Action by Ludlow W. Valentine against John Muir. E. F. Harding, for appellant. W. L. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAUGHAN, Respondent, v. FIREMEN'S INS. CO. OF NEWARK, N. J., et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Richard L. Vaughan against the Firemen's Insurance Company of Newark, N. J., and others. No opinion. Motion to dismiss appeal denied, without costs, provided appeals are perfected within 20 days; otherwise, motion granted, with costs.

VAUGHAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Richard L. Vaughan against John Smith. No opinion. Order affirmed, with $10 costs and disbursements.

VAUGHN, Appellant, v. NOME MINING CO., Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Bert G. Vaughn against the Nome Mining Company. P. P. Safford, for appellant. N. B. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VERNELL, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Jennie Vernell, as administratrix, etc., of Thomas Vernell, deceased, against the Central New England Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

VOGHT, Respondent, v. BORK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Minnie E. Voght against George W. Bork and others. No opinion. Judgment affirmed, with costs.

VON BRAUNSBERG, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Mary Von Braunsberg against the Brooklyn, Queens County & Suburban Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

WADING RIVER CO. v. LOPER. (Supreme Court, Appellate Division. First Department. May 14, 1909.) Action by the Wading River Company against Gilbert E. Loper. No opinion. Motion denied. Settle order on notice.

WALDO et al. Respondents, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Eugene L. Waldo and another against Fedor Schmidt, individually, etc. M. L. Stover, for appellant. C. D. Rogers, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 62 Misc. Rep. 71, 115 N. Y. Supp. 1023.

WALL v. NEW YORK EDISON CO. et al. (Supreme Court, Appellate Division, Sec-